

FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 10:04 am, Jun 08, 2020*

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

|  |  |
|---|---|
| VERIZON WIRELESS OF THE EAST, L.P. d/b/a VERIZON WIRELESS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY, GEORGIA; and CAMDEN COUNTY, GEORGIA BOARD OF COUNTY COMMISSIONERS,<br><br>    Defendants. | CV 220-001 |

## ORDER

Before the Court is Plaintiff Verizon Wireless of the East, L.P.'s notice of voluntary dismissal, dkt. no. 6, wherein it states its intention to withdraw its Complaint against Defendants Camden County, Georgia and Camden County Board of County Commissioners. Defendants having filed no answer to the Complaint, Plaintiff is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 8th day of June, 2020.

                                                HON. LISA GODBEY WOOD, JUDGE
                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF GEORGIA